UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:20-CV-00143-FDW

| | |
|---|---|
| TERRI GLENN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*,[1] | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Consent Motion for Attorney's Fees (Doc. No. 18). For the reasons stated in the Motion, it is GRANTED.

The parties have agreed that Plaintiff, Terri Glenn, shall be awarded attorney's fees under the Equal Access to Justice Act (the "**EAJA**"), see 28 U.S.C. § 2412(d), in the amount of $7,221.15, in full satisfaction of attorney's fees and costs arising under the EAJA. Pursuant to the United States Supreme Court's ruling in Astrue v Ratliff, 560 U.S. 586 (2010), these EAJA fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the federal government. If, subsequent to entry of the Consent Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney fees and costs to offset, the Commissioner may honor Plaintiff's signed assignment of EAJA fees providing for

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff.  If such a debt is present, then any remaining fee after offset will be payable to Plaintiff and delivered to Plaintiff's counsel.

It is therefore ORDERED that, pursuant to the above, the Consent Motion (Doc. No. 18) is GRANTED, and the Commissioner pay the sum of $7,221.15 in full satisfaction of any and all claims arising under the EAJA, and, upon the payment of such sums, this case is dismissed with prejudice.

IT IS SO ORDERED.

Signed: November 10, 2021

Frank D. Whitney
United States District Judge